UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00086 |
| | ) | JUDGE CAMPBELL |
| KWAME WILLIAMS | ) | |
| a/k/a ARNOLD FORDHAM | ) | |

ORDER

The Court is in receipt of the mandate in this case from the Sixth Circuit. The Court will hold a status conference on June 7, 2013, at 2:00 p.m. for the purpose of scheduling a re-sentencing hearing.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE