UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00086 |
| | ) | JUDGE CAMPBELL |
| KWAME WILLIAMS | ) | |
| a/k/a ARNOLD FORDHAM | ) | |

## ORDER

Pending before the Court is a Joint Motion to Continue Status Conference (Docket No. 81).

The Motion is GRANTED.

The status conference scheduled for June 7, 2013, is RESCHEDULED for June 19, 2013, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE