UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00086 |
| | ) | JUDGE CAMPBELL |
| KWAME WILLIAMS | ) | |
| a/k/a ARNOLD FORDHAM | ) | |

## ORDER

The Court held a status conference on July 17, 2013.

The Court will hold a sentencing hearing on August 20, 2013, at 1:00 p.m. The deadline to submit any supplemental filings or objections to the revised Presentence Report is August 14, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE